IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ALAN BRUZZONE, attorney enlisted privateer of the Federal Trade Commission in 15 USC 5 antitrust investigation technical, discovery, consent order monitoring roles May 1998 to current, United States Attorney on explicit contracts qui tam relator original source at 31 USC 3729 - 3333 in December 2008, again October 2013 and most recently 2024 updated on new evidence. States class lead at 15 USC 15, 42 USC 1981, 1985, public party operates in federal agency retained by U.S. Congress "for the people", <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 25-1583 (MN) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 31st day of July 2026;

WHEREAS, on July 6, 2026, Magistrate Judge Hatcher issued an Order and Report and Recommendation (D.I. 27, "the Report") as to (a) Defendant Intel Corporation's Motion to Dismiss the Complaint for failure to state a claim (D.I. 11) and (b) Plaintiff's Motion for Settlement Conference before a Magistrate Judge (D.I. 26);

WHEREAS, the Report denied the Motion for Settlement Conference and recommended granting Intel's Motion to Dismiss, with leave to file an amended complaint on or before August 1, 2026;

WHEREAS, on July 16, 2026, Plaintiff filed Observations on Magistrates Report and Recommendation (D.I. 28) in which Plaintiff did not object to the Report but rather complained of

some language in the Report and stated he will "[a]ddress[] what needs filling in, subject Magistrates report and recommendations is far from case complete, and evident reinforcing Intel false constructions that white wash and attempt to cover over actual facts." (*Id*. at 3);

WHEREAS, on July 28, 2028, Plaintiff also filed a First Amended Complaint (D.I. 30); and

WHEREAS, as Plaintiff's "observations" did not contain "objections" to the report and the time for objections has passed, the Court deems that no party has filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure[1]; and

WHEREAS, the Court finds no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Order and Report and Recommendation (D.I. 27) is ADOPTED.[2]  Defendant Intel Corporations' Motion to Dismiss (D.I. 11) is GRANTED and Plaintiff's Complaint (D.I. 1) is DISMISSED WITHOUT PREJUDICE.  The Report recommended that Plaintiff be given leave to file an Amended Complaint on or before August 1, 2026.  (D.I. 27 at 4).  As Plaintiff has already filed a First Amended Complaint (D.I. 30), that is now the operative pleading in this action.

The Honorable Maryellen Noreika
United States District Judge

---

[1]     Assuming, *arguendo*, that Plaintiff did object to the Report in his "observations," he failed to file the requisite certification set forth in paragraph 5 of the March 7, 2022 Standing Order for Objections Filed Under Fed. R. Civ. P. 72.  Additionally, Plaintiff has already filed his Amended Complaint thereby mooting any objections.

[2]     Plaintiff's Motion for a Settlement Conference (D.I. 26) is a non-dispositive motion and, therefore, Judge Hatcher's ruling was an order and not a recommendation.  As the Court has determined that no objections were filed to the Order and Report and Recommendation, the Order denying the motion for settlement conference does not need to be adopted by this Court.